**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Caroline Ann Fortune<br>aka Caroline A. Zedar<br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 18-14900 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Rushmore Loan Management Servicing as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and index same on the master mailing list.

      Respectfully submitted,
      **/s/ Kevin G. McDonald, Esq.**
      Kevin G. McDonald, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322