UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    :

CAROLINE ANN   FORTUNE

                                                                  : Bankruptcy No. 18-14900REF
         Debtor(s)                        : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: April 18, 2019**

BY THE COURT

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN PA 18102-

CAROLINE ANN   FORTUNE
2227 VILLAGE ROAD
OREFIELD, PA 18069