United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14900-ref
Caroline Ann Fortune                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: SaraR              Page 1 of 2              Date Rcvd: Apr 18, 2019
                               Form ID: pdf900          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
```
db              +Caroline Ann Fortune,    2227 Village Road,    Orefield, PA 18069-9529
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14170649       ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                 (address filed with court:  Ditech Financial LLC,    332 Minnesota St, Suite 610,
                  Saint Paul, MN 55101)
14170651        +Fulmer Auto Sales,    1711 Northampton Street,    Easton, PA 18042-3133
14170653        +Phelan Hallinan Diamond & Jones LLP,    1617 JFK Blvd, Suite 1400,    One Penn Center Plaza,
                  Philadelphia, PA 19103-1823
14203868        +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14198964        +Rushmore Loan Management Servicing,    c/o KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                  Philadelphia, PA 19106-1541
14170656        +Tony Zedar,    232 Park Avenue,    Bangor, PA 18013-2334
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:36
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2019 02:48:11     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14170647         E-mail/Text: ebn@21stmortgage.com Apr 19 2019 02:47:59      21st Mortgage Corp.,
                  620 Market Street, Suite 100,    Knoxville, TN 37902
14184134         E-mail/Text: ebn@21stmortgage.com Apr 19 2019 02:47:59      21st Mortgage Corp,    P.O. Box 477,
                  Knoxville, TN 37901
14200246        +E-mail/Text: g20956@att.com Apr 19 2019 02:48:32      AT&T Mobility II LLC,
                  %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                  BEDMINSTER, NJ. 07921-2693
14170648         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 19 2019 02:50:46      Capital One,
                  15000 Capital One Dr,    Henrico, VA 23238
14201906         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 19 2019 02:50:18
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14177017        +E-mail/Text: nod.referrals@fedphe.com Apr 19 2019 02:47:21      Ditech Financial, LLC,
                  c/o Phelan Hallinan & Schmieg LLP,    1617 JFK Boulevard,    Philadelphia, PA 19103-1821
14170650        +E-mail/Text: bknotice@ercbpo.com Apr 19 2019 02:48:01      Enhanced Recovery Company,
                  PO Box 57547,    Jacksonville, FL 32241-7547
14170652        +E-mail/Text: bankruptcy@fult.com Apr 19 2019 02:48:45      Lafayette Ambassador Bank,
                  PO Box 25091,    Lehigh Valley, PA 18002-5091
14170654         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 02:51:14
                  Portfolio Recovery Associates,    120 Corporate Blvd., Suite 100,    Norfolk, VA 23502
14170655        +E-mail/Text: bankruptcy@sw-credit.com Apr 19 2019 02:47:59      Southwest Credit Systems,
                  4120 International Parkway, #1100,    Carrollton, TX 75007-1958
                                                                                               TOTAL: 12

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: pdf900          Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:

```
          CHARLES    LAPUTKA    on behalf of Debtor Caroline Ann Fortune claputka@laputkalaw.com,
           jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
          JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a et al...
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Rushmore Loan Management Servicing
           bkgroup@kmllawgroup.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT   WATERMAN RRamos-Cardona@fredreiglech13.com
          SCOTT   WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                          :

CAROLINE ANN  FORTUNE

                                                            : Bankruptcy No. 18-14900REF
       Debtor(s)                                    : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: April 18, 2019**

BY THE COURT

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN PA 18102-

CAROLINE ANN  FORTUNE
2227 VILLAGE ROAD
OREFIELD, PA 18069